IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-56-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ABDULADHIM AHMED AL SABAHI, )<br>)<br>Defendant. ) | **ORDER** |

The trial in this action is scheduled for Tuesday, November 15, 2011, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse.

SO ORDERED. This 27 day of October 2011.

JAMES C. DEVER III
Chief United States District Judge